# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

LORI UCCI
RONALD UCCI

     V.

WILLIAM FORD
KIMBERLY PERRY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 10997 PBS

TO: (Name and address of Defendant)

Kimberly Perry
95 Chestnut Street
Seekonk, MA 02771

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James Bagnell, Esq.
179 Webster Street
East Boston, MA 02128-3129
(617) 943-3129

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 13 2005

CLERK                              DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

July 13, 2005

I hereby certify and return that on 6/30/2005 at 04:24 pm I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Kimberly Perry, 89 Chestnut Street, Seekonk, MA 02771 and by mailing first class mail to the above-mentioned address on 7/1/2005. Copies ($4.00), Conveyance ($4.50), Travel ($20.80), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $62.55.

Deputy Sheriff Benton W. Keene, III

_____
**Deputy Sheriff**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.