UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI UCCI; and<br>RONALD UCCCI<br><br>Vs.<br><br>WILLIAM FORD; and<br>KIMBERLY PERRY | :<br>:<br>:<br>:   C.A. No.: 05CV10997PBS<br>:<br>:<br>: |

### PLAINTIFF'S MOTION FOR TEMPORARY WAIVER FROM ELECTRONIC FILING REQUIREMENTS

Plaintiffs' counsel hereby requests temporary relief from this Honorable Justice's February 18, 2005 Order requiring electronic filing in all matters after April 1, 2005.

In support hereof, Plaintiffs' counsel sets forth that he is in the process of receiving an access number in order to comply with the above Order, however the process is not complete and he is unable to file the within request for entry of default electronically.

Plaintiffs<br>
By their attorney,<br><br>
<em>/s/ James W. Bagnell</em><br>
James W. Bagnell BBO 026160<br>
179 Webster Street<br>
East Boston, MA 02128-2835<br>
(617) 943-3129<br>
(617) 567-1055 (fax)