UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lori Ucci, et al
Plaintiff,
        V.                              Civil Action Number
                                      05-10997-PBS
William Ford, et al
Defendant.                                 September 27, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 2/28/06

Final Pretrial Conference: 4/3/06 at 3:00 p.m.

Jury Trial: 4/10/06 at 9:00 a.m.

Case to be referred to Mediation program: late November, 2005

                                          By the Court,

                                          /s/ Robert C. Alba
                                          Deputy Clerk