UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LORI UCCI; and :
RONALD UCCCI :
　　　　　　　　　　　　　　　　　　　　　:
Vs. 　　　　　　　　　　　　　　　　　　:　　C.A. No.: 05CV10997PBS
　　　　　　　　　　　　　　　　　　　　　:
WILLIAM FORD; and :
KIMBERLY PERRY :

## ASSENTED TO MOTION FOR ADMISSION OF
## SCOTT P. TIERNEY *PRO HAC VICE*

Now comes Plaintiffs, Lori and Ronald Ucci, by and through their attorney James W. Bagnell and with the assent of Defense counsel, Luana DiSarra, hereby moves this Honorable Court for the admission *Pro Hac Vice* of Scott P. Tierney.

In support hereof, Plaintiffs set forth as follows:

1. The present action arises from an automobile accident that occurred in the Commonwealth of Massachusetts. Plaintiffs are residents and domiciliaries of the State of Rhode Island and allege diversity jurisdiction. Mrs. Ucci seeks compensatory damages for personal injuries she sustained in the motor vehicle accident. Mr. Ucci seeks consortium damages.

2. The Uccis retained Scott P. Tierney, Esquire, a Rhode Island attorney, several years ago to represent their interests. Over the past several years, the Plaintiffs have developed a long-standing and trusting relationship with attorney Tierney.

3. Attorney Tierney is a member of the Rhode Island bar and is also admitted to practice before the United States District Court for the District of Rhode Island and the First Circuit Court of Appeals. Mr. Tierney is not a member of the Massachusetts bar nor is

be admitted before this Court, Plaintiffs retained James W. Bagnell, Esquire to file the instant suit on their behalf.

4. The Plaintiffs and attorney Bagnell, now respectfully seek permission of this Honorable Court to have Scott P. Tierney, Esquire admitted *Pro Hac Vice* (in addition to attorney Bagnell who will remain as local counsel) to foster the long-standing relationship set forth above and in order to promote the Plaintiffs' interests in having their chosen counsel represent them in this action.

5. As stated in the accompanying Affidavit of Scott Tierney, he is a member in good standing of the Bar of the State of Rhode Island and has been since his admission in 1991.

6. Attorney Tierney has extensive experience with personal injury actions such as the present matter, has reviewed and is familiar with both the Federal Rules and Local Rules governing actions in this Court.

7. Counsel for the Defendants have no objection to the within Motion.

Wherefore, Plaintiffs respectfully request that this Honorable Court approve their request that Scott Tierney be admitted *Pro Hac Vice*.

Plaintiffs
By their attorney,
-S James W. Bagnell BBO 026160
179 Webster Street
East Boston, MA 02128-2835
(617) 943-3129
(617) 567-1055 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LORI UCCI; and
RONALD UCCCI

Vs.                                              C.A. No.: 05CV10997PBS

WILLIAM FORD; and
KIMBERLY PERRY

## AFFIDAVIT OF SCOTT P. TIERNEY

I, Scott P. Tierney, hereby set forth and state as follows:

1. I am a practicing attorney in the State of Rhode Island and have been since my admission to the Rhode Island Bar in 1991. I am also admitted to practice before the United States District Court, District of Rhode Island (since 1992) and the First Circuit Court of Appeals (since 2001).

2. During the course of my career, I have gained considerable experience in personal injury cases such as the instant matter. I have represented the interests of Lori and Ronald Ucci for several years for this accident prior to the initiation of the instant suit.

3. I am presently a member in good standing of the Rhode Island Bar and have been so continuously since 1991.

4. I have reviewed and am familiar with the Federal Rules and the Local Rules of this Honorable Court.

Signed under the pains and penalties of perjury this 27TH day of September, 2005.

_____
Scott P. Tierney

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

It is hereby attested to that the above signature is known to me to be that of the indicated individual set forth above, known to me to be one and the same.

_____
Notary Public
My Commission Expires 11-12-07