UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-10997-PBS

Lori Ucci, et al
Plaintiffs

v.

William Ford, et al
Defendants

## SETTLEMENT ORDER

SARIS, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that the parties are to file a Stipulation of Dismissal with prejudice within 60 days.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

March 6, 2006

To: All Counsel