UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 APR 14 A 11: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

LORRI UCCI and RONALD UCCI,
   Plaintiffs,

v.

WILLIAM FORD and KIMBERLY PERRY,
   Defendants.

C.A. No.: 05CV10997PBS

### STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiffs, Lori Ucci and Ronald Ucci, hereby stipulate to dismiss all claims in the above-captioned cause of action, including all rights of appeal, with prejudice and without costs, interest, or attorneys fees.

Respectfully Submitted,
By the Parties,

| | |
|---|---|
| The Plaintiffs,<br>Lori Ucci and Ronald Ucci,<br>By their Attorneys, | The Defendants,<br>William Ford and Kimberly Perry,<br>By their Attorney, |
| *James W Bagnell* /s/<br>James W. Bagnell, B.B.O. # 026160<br>179 Webster Street<br>East Boston, MA 02128<br>Tel: 617-943-3129 | *[signature]*<br>Mark A. Darling, B.B.O. # 551285<br>Luana DiSarra, B.B.O. # 650681<br>Litchfield Cavo, LLP<br>6 Kimball Lane, Suite 100<br>Lynnfield, MA 01940<br>Tel: (781) 309-1500 |
| Dated: 3/27/06 | Dated: 4/7/06 |

## CERTIFICATE OF SERVICE

I, Luana DiSarra, hereby certify that on this ___11th___ day of April 2006, I served the within document by first class mail, postage prepaid, to the following:

James W. Bagnell, Esq.  
179 Webster Street  
East Boston, MA  02128

Scott P. Tierney, Esq.  
260 West Exchange Center, Suite 208  
Providence, RI  02903

_/s/ Luana DiSarra_  
Luana DiSarra